IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Miguel Loyloa, | Case No.: 6:22-cv-00058-JD-KFM |
| Plaintiff, | |
| vs. | **OPINION & ORDER** |
| Mary Gordon Baker, Capt. Carter, M. Lavorando, A.B. Hurd, S. Gartner, | |
| Defendants. | |

    This matter is before the Court with the Report and Recommendation of United States Magistrate Kevin F. McDonald ("Report and Recommendation" or "Report"), made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) of the District of South Carolina.[1] Plaintiff Miguel Loyola ("Loyola" or "Plaintiff"), proceeding *pro se*, filed a Motion for Leave to Proceed *in forma pauperis*. (DE 16.) However, in light of Plaintiff's previous "strikes," he cannot proceed *in forma pauperis* unless his claim satisfies the exception for imminent physical harm provided by the "three-strikes" rule. See 28 U.S.C. § 1915(g); see also (DE 21, pp. 3-4.)

    The Report and Recommendation was issued on February 23, 2022, recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be denied and that Plaintiff be given twenty-one (21) days to pay the $402 filing fee. (DE 21.) Plaintiff filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis,

---

[1]     The recommendation has no presumptive weight, and the responsibility for making a final determination remains with the United States District Court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the magistrate judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

1

718 F.2d 198, 199 (4th Cir. 1983).  The Court must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Upon review of the Report and Recommendation and the record in this case, the Court adopts the Report and Recommendation and incorporates it herein by reference.

It is, therefore, **ORDERED** that Plaintiff's Motion for Leave to Proceed in forma pauperis (DE 7) is denied.  It is **FURTHER ORDERED** that Plaintiff must pay the $402 filing fee within twenty-one (21) days of this Order, and if Plaintiff fails to pay the full filing fee within this time period, the case will be dismissed.

**IT IS SO ORDERED.**

_____
Joseph Dawson, III
United States District Judge

April 1, 2022
Greenville, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified that they have the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.